UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00105-FDW-DCK

MICANDRIA DARROUX, on behalf of )
herself and others similarly situated, )
)
    Plaintiffs, )
)
vs. )
)
NOVANT HEALTH, INC. D/B/A NOVANT )
HEALTH PRESBYTERIAN MEDICAL )
CENTER, AND DOES 1 THROUGH 25, )
INCLUSIVE, )
)
    Defendants.

---

THIS MATTER is before the Court on Plaintiff Micandria Darroux's ("Plaintiff") Motion to Remand and Defendant Novant Health Presbyterian Medical Center's ("NHPMC") Notice of Consent to Remand. The Court has considered Plaintiff's Motion and Defendant's Notice of Consent.

IT IS THEREFORE ORDERED that the Court GRANTS Plaintiff's Motion to Remand (Doc. No. 5). This case is hereby REMANDED to the Superior Court of Mecklenburg County, North Carolina.

IT IS SO ORDERED.

Signed: April 6, 2022

Frank D. Whitney
United States District Judge

1